# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIAM CLARK,

    Plaintiff,

v.

CLARK COUNTY DETENTION CENTER, *et al.*,

    Defendants.

Case No. 2:07-CV-1196-KJD-GWF

**ORDER**

    Plaintiff, who is in custody at the Clark County Detention Center, has submitted a pleading on a § 1983 civil rights form. Plaintiff neither submitted an application to proceed *in forma pauperis* nor paid the $350.00 filing fee for a civil action.

    To bring a civil rights action, Plaintiff either must pay the $350.00 filing fee or submit a properly completed application to proceed *in forma pauperis*. Pursuant to Local Rule LSR 1-1, a pauper application must be submitted on the Court's required form. Further, under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, a properly completed application requires both: (a) an inmate account statement; and (b) a financial certificate properly completed for a civil rights action.

    Accordingly, IT IS HEREBY ORDERED that this action shall be **DISMISSED without prejudice**;

1 | IT IS FURTHER ORDERED that the Clerk of the Court shall send Plaintiff two copies each
2 | of a civil rights complaint form and an application form to proceed *in forma pauperis* for
3 | incarcerated persons. The Clerk shall return a copy of the complaint that Plaintiff filed in this action.
4 | The Clerk of the Court shall enter final judgment accordingly.
5 | DATED this 2nd day of October 2007.

_____
Kent J. Dawson
United States District Judge

2